IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**COY CHIROPRACTIC HEALTH CENTER, INC.
and RICHARD COY, D.C. and FRANK C. BEMIS
& ASSOCIATES d/b/a BEMIS CHIROPRACTIC,
individually and on behalf of others similarly
situated,**

    **Plaintiffs,**

**v.**

**TRAVELERS CASUALTY AND SURETY
COMPANY and THE TRAVELERS INDEMNITY
COMPANY,**

    **Defendants.**                      **Case No. 06-cv-678-DRH**

## ORDER

**HERNDON, District Judge:**

        An Agreed Motion to Stay Time for Defendants to Respond to Plaintiff's Complaint (Doc. 8) has been filed for the Court's consideration.  Plaintiffs have filed a Motion to Remand in this case, which is currently pending.  Therefore, Defendants ask in this Motion, with Plaintiffs' consent, they be allowed thirty (30) days to answer or otherwise file a responsive pleading to Plaintiffs' Amended Complaint if Plaintiff's Motion to Remand is denied.  The Agreed Motion (Doc. 8) is hereby **GRANTED**.  If Plaintiffs' Motion to Remand (Doc. 9) is denied, Defendants shall be allowed thirty

(30) days from the date of such Order denying the remand, to respond to Plaintiffs' Amended Complaint.

**IT IS SO ORDERED.**

Signed this 4th day of October, 2006.

/s/     David   RHerndon
**United States District Court**