IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **COY CHIROPRACTIC, et al.**, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil No. **06-678-DRH** |
| | ) |
| **TRAVELERS CASUALTY & SURETY COMPANY, et al.**, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, counsel's Motion to Withdraw **(Doc. 32)** is **GRANTED.**[1]

Paul M. Weiss and Matthew Sheynes are granted leave to withdraw as counsel for plaintiffs.

Bradley M. Lakin, Jeffrey A.J. Millar, Jonathan B. Piper, and Robert W. Schmieder, II, remain as counsel of record for plaintiffs.

**IT IS SO ORDERED.**

**DATED: May 17, 2007.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U.S. MAGISTRATE JUDGE**

---

[1] The motion is nominally filed by the law firm of Freed & Weiss LLC. Because parties in this court are represented by individual attorneys, and not by law firms, the court deems this to be a motion brought by counsel of record.