IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**COY CHIROPRACTIC HEALTH CENTER, INC.,**
et al., individually and on behalf of others similarly situated,

    **Plaintiffs,**

v.

**TRAVELERS CASUALTY AND SURETY COMPANY, et al.,**

    **Defendants.**                                Case No. 06-cv-678-DRH

## ORDER

**HERNDON, District Judge:**

    By order entered August 2, 2007, the Court ordered attorney Paul M. Weiss to show cause why he should not be held in contempt for failure to comply with the Court's order entered July 27, 2007, in this cause. Weiss now has demonstrated compliance with the Court's July 27 order. Accordingly, the Court's rule to show cause (Doc. 45) is **DISCHARGED**.

    **IT IS SO ORDERED.**

    Signed this 3rd day of August, 2007.

                                                 /s/       David  RHerndon
                                                 **United States District Judge**